UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LICKERISH INC.,

            Plaintiff,

-against-

DOCUMENT PUBLISHING LLC,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2024

23 Civ. 10937 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 20, 2024, Plaintiff filed multiple deficient proposed clerk's certificates of default. ECF No. 12, 13, 16. Plaintiff shall file a corrected proposed certificate of default before moving for a default judgment.

    SO ORDERED.

Dated: March 1, 2024
       New York, New York

ANALISA TORRES
United States District Judge