UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/4/2024_

LICKERISH INC.,

          Plaintiff,

-against-

DOCUMENT PUBLISHING LLC,

          Defendant.

23 Civ. 10937 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 2, 2024, the Court granted Plaintiff's requests to extend the parties' deadline to file their joint letter and proposed case management plan as well as Defendant's deadline to answer or otherwise respond to the complaint to June 3, 2024. Those submissions are now overdue and Defendant has yet to appear.

    Accordingly, by **July 1, 2024**, Defendant shall answer or otherwise respond to the complaint and the parties shall file their joint letter and proposed case management plan. If Defendant has still not appeared, Plaintiff shall file a letter indicating its intentions with respect to the prosecution of this action.

    SO ORDERED.

Dated: June 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge