UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LICKERISH INC.,

                    Plaintiff,

      -against-

DOCUMENT PUBLISHING LLC,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/18/2024_

23 Civ. 10937 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By letter dated July 1, 2024, Plaintiff stated that it is "currently discussing settlement with Defendant and to the extent a settlement is not reached within 14 days of today, Plaintiff intends to seek a default judgment." ECF No. 26. Fourteen days have passed, and Plaintiff has not indicated whether the parties reached a settlement or if it will be filing for default judgment.

      Accordingly, by **August 1, 2024**, Plaintiff shall file a letter stating that a settlement has been reached or move for default judgment. The Court notes that it is "well established that default judgments are disfavored," and that there is a strong preference for resolving disputes on the merits. *Pecarsky v. Galaxiworld.com, Ltd.*, 249 F.3d 167, 174 (2d Cir. 2001).

      SO ORDERED.

Dated: July 18, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge